UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| NATIONAL CASUALTY COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:13-CV-291 |
| v. ) | (VARLAN/SHIRLEY) |
| ) | |
| FELLOWSHIP ASSOCATION OF ) | |
| RESOURCE MINISTRIES, INC., *et al*., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is the parties' Consent Motion to Withdraw, as Moot, American Automobile Association's Motion to Quash Subpoena *Duces Tecum* and National Casualty Company's Motion to Compel Compliance with the Subpoena [Doc. 18], filed on February 19, 2014. Plaintiff and Defendant American Automobile Association, Inc., jointly request that their pending motions related to a discovery dispute be withdrawn. Specifically, Defendant filed a motion to quash a subpoena *duces tecum* [Doc. 14] on January 16, 2014. The Plaintiff responded in opposition by filing a motion to compel [Doc. 15] on January 30, 2014. In the instant motion now before the Court, the parties submit that they have reached an agreed resolution and wish to withdraw their respective motions previously filed with the Court.

Accordingly, because the parties have resolved their dispute and jointly request to withdraw their previous motions, the Court finds that the motion to withdraw [**Doc. 18**] is well-

taken and **GRANTED**, and Defendant's motion to quash [**Doc. 14**] and Plaintiff's motion to compel [**Doc. 15**] are **WITHDRAWN**.

**IT IS SO ORDERED**.

ENTER:


         s/ C. Clifford Shirley, Jr.
United States Magistrate Judge