IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
Knoxville Division

| | |
|---|---|
| NATIONAL CASUALTY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 3:13cv291 |
| | ) |
| FELLOWSHIP ASSOCIATION OF | ) |
| RESOURCE MINISTRIES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION OF DISMISSAL

The parties hereby stipulate to dismissing this action, <u>with</u> <u>prejudice</u>, under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each side is to bear its own fees and costs.

WE ASK FOR THIS:

**NATIONAL CASUALTY COMPANY**

_/s/ Kevin T. Streit_
Kevin T. Streit (VSB No. 45024)
Midkiff, Muncie & Ross, P.C.
300 Arboretum Place, Suite 420
Richmond, Virginia 23236
(804) 560-9600
(804) 560-5997 (facsimile)
kstreit@midkifflaw.com
*Counsel for Scottsdale Insurance Company*

Brian J. Rife (BPR No. 23853)
MIDKIFF, MUNCIE & ROSS, P.C.
110 Piedmont Avenue, Suite 202
Bristol, Virginia 24201
(276) 644-9600
(276) 644-4679 (facsimile)

brife@midkifflaw.com
*Co-Counsel for National Casualty Company*


Joanna M. Roberto, Esquire (Admitted *Pro Hac Vice*)
GOLDBERG SEGALLA, LLP
100 Garden City Plaza, Suite 225
Garden City, New York 11530-3203
(516) 281-9800
(516) 281-9801 (facsimile)
jroberto@goldbergsegalla.com
*Co-Counsel for National Casualty Company*


**FELLOWSHIP ASSOCIATION OF RESOURCE MINISTRIES, INC.**


/s/ Donald D. Howell
*Signed with Donald Howell's permission by Kevin T. Streit, Esq.*
Donald D. Howell (BPR No. 11541)
FRANTZ, MCCONNELL & SEYMOUR, LLP
550 West Main Street, Suite 500
Post Office Box 39
Knoxville, Tennessee 37901
(865) 546-9321
(865) 541-4682 (facsimile)
dhowell@fmsllp.com
*Counsel for Fellowship Association of Resource Ministries, Inc.*


**SEBASTIAN A. GILLETTE**


/s/ Barbara W. Clark
*Signed with Barbara Clark's permission by Kevin T. Streit, Esq.*
Barbara W. Clark (BPR No. 15408)
2415 East Magnolia Avenue
Knoxville, Tennessee 37917
(865) 546-7074
(865) 523-6992 (facsimile)
bwclaw@aol.com
*Counsel for Sebastian A. Gillette*